Certificate Number: 05781-NYE-DE-041173331

Bankruptcy Case Number: 26-72598



05781-NYE-DE-041173331

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 6, 2026, at 2:54 o'clock PM PDT, Chris D'Alessandro completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Eastern District of New York.

Date:   July 6, 2026                          By:      /s/Allison M Geving

Name:   Allison M Geving

Title:   President